# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE

_____
)
CANADIAN SOLAR INTERNATIONAL )
LIMITED, CANADIAN SOLAR )
MANUFACTURING (THAILAND) CO., LTD., )
and CANADIAN SOLAR US MODULE )
MANUFACTURING CORPORATION, )
)
        Plaintiffs, )
)
AMERICAN ALLIANCE FOR )
SOLAR MANUFACTURING TRADE )
COMMITTEE, )
)
        Consolidated Plaintiffs, )   Consol. Court No. 25-00159
)
TRINA SOLAR SCIENCE & TECHNOLOGY )
(THAILAND) LTD. and M.L.T. SOLAR )
ENERGY PRODUCT CO., LTD., )
)
        Consolidated Plaintiffs, )
    v. )
)
UNITED STATES, )
)
        Defendant. )
_____)

## **ORDER**

Upon consideration of defendant's motion for a stay of the deadline for the U.S. Department of Commerce to file the administrative record index, it is hereby

ORDERED that defendant's motion is GRANTED.


Dated: _____          _____
     New York, New York                                                                Judge

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE

_____
                                            )
CANADIAN SOLAR INTERNATIONAL                )
LIMITED, CANADIAN SOLAR                     )
MANUFACTURING (THAILAND) CO., LTD.,         )
and CANADIAN SOLAR US MODULE                )
MANUFACTURING CORPORATION,                  )
                                            )
          Plaintiffs,                      )
                                            )
AMERICAN ALLIANCE FOR                       )
SOLAR MANUFACTURING TRADE                   )
COMMITTEE,                                  )
                                            )
          Consolidated Plaintiffs,         )   Consol. Court No. 25-00159
                                            )
TRINA SOLAR SCIENCE & TECHNOLOGY            )
(THAILAND) LTD. and M.L.T. SOLAR            )
ENERGY PRODUCT CO., LTD.,                   )
                                            )
          Consolidated Plaintiffs,         )
      v.                                    )
                                            )
UNITED STATES,                              )
                                            )
          Defendant.                       )
_____)

**MOTION FOR A STAY OF DEADLINE TO FILE ADMINISTRATIVE RECORD IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the October 6, 2025 deadline for the U.S. Department of Commerce (Commerce) to file the administrative record in the above-captioned consolidated case.

1.   At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

The same is true for the majority of other Executive agencies, including Commerce. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and Commerce employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Commerce has no personnel who will be excepted to complete the work required to file the administrative record by the current October 6, 2025 deadline.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the October 6, 2025 deadline for Commerce to file the administrative record until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. We consulted with counsel for all parties with respect to this motion; on October 1, 2025, Jon Freed indicated that Trina Solar Science & Technology (Thailand) Ltd. and M.L.T. Solar Energy Product Co., Ltd. consent to this motion; Joshua Kurland indicated that Canadian Solar International Limited, Canadian Solar Manufacturing (Thailand) Co., Ltd., and Canadian Solar US Module Manufacturing Corporation consent to this motion; and Stephen Morrison indicated that the American Alliance for Solar Manufacturing Trade Committee consents to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 6, 2025 deadline for Commerce to file the administrative record in this consolidated case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/Emma E. Bond
EMMA E. BOND
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-2867

OF COUNSEL:
LESLIE LEWIS
Senior Attorney
Office of the Chief Counsel
    for Trade Enforcement and Compliance
U.S. Department of Commerce
Washington, D.C.

October 1, 2025

*Attorneys for Defendant United States*

3